UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

v.                              Criminal No. 11-cr-149-01-SM

Christopher Daignault

O R D E R


The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to February 10, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge


Date:  November 30, 2011

cc:  Andrew Michael Kennedy, Esq.
     Debra M. Walsh, Esq
     U.S. Marshal
     U.S. Probation